CINCINNATI INSURANCE COMPANY, APPELLEE, *v.* PHILLIPS ET AL., APPELLANTS.

[Cite as Cincinnati Ins. Co. *v.* Phillips (1989), 45 Ohio St. 3d 602.]

(No. 88-401—Submitted August 29, 1989—Decided September 20, 1989.)

*Matthew J. Crehan* and *Thomas P. Erven,* for appellee.

*Young & Alexander Co., L.P.A.,* and *Mark R. Chilson,* for appellants Phillipses.

*John H. Metz,* for appellants Thompsons.

*Hamilton, Kramer, Myers & Cheek, James R. Gallagher* and *Emerson Cheek III,* for amicus curiae, State Farm Mutual Automobile Insurance Co.

The motion for rehearing is granted. All issues are to be rebriefed and this cause will be set for oral argument.

For earlier case, see *Cincinnati Ins. Co.* v. *Phillips* (1989), 44 Ohio St. 3d 163, 541 N.E. 2d 1050.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.